UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRETCHEN DENNIS,

      Plaintiff,                      Case No:  15-14215
                                              Hon. Gershwin A. Drain
                                              Magistrate Judge Elizabeth A. Stafford

v

TARGET CORPORATION,

Defendant.
_____/

**STIPULATED ORDER TO CHANGE SCHEDULING ORDER**

NOW COME THE PARTIES, by and through their respective counsel, and hereby stipulate and agree to amend the Scheduling Order [Case Doc. # 8] as follows due to the delays the parties have incurred in securing medical records and locating witnesses for deposition:

|  | **From:** | **To:** |
|---|---|---|
| Discovery Cutoff | August 8, 2016 | October 3, 2016 |

All other terms and provisions of the Scheduling Order are unchanged.

      **SO ORDERED.**

Dated: July 28, 2016                                    s/Gershwin A. Drain_____
                                                          GERSHWIN A. DRAIN
                                                          United States District Judge

Stipulated By:

| | |
|---|---|
| Goodman Acker, P.C. | Law Office of Mark D. Willmarth |
| By: /s/ Bradley Peri | By: /s/ Mark D. Willmarth |
| BRADLEY PERI (P73146) | MARK D. WILLMARTH (P27967) |
| JORDAN B. ACKER (P74383) | Attorney for Defendant |
| Attorneys for Plaintiff | 503 S. Saginaw Street, Ste. 1000 |
| 17000 W. Ten Mile, 2nd Floor | Flint, MI  48502 |
| Southfield, MI  48075 | (810) 600-4239/fax: (810) 232-1079 |
| (248) 483-5000 | mwillmarthlaw@yahoo.com |