UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRETCHEN DENNIS,

    Plaintiff,                               Case No:  15-14215
                                             Hon. Gershwin A. Drain
                                             Magistrate Judge Elizabeth A. Stafford

 -vs-

TARGET CORPORATION,

    Defendant.
_____/

**<u>STIPULATION AND ORDER FOR DISMISSAL OF CAUSE</u>**

   NOW COME THE PARTIES, by and through their respective counsel, and hereby stipulate and agree that Plaintiff's Complaint shall be, and hereby is, dismissed with prejudice and without costs or attorney fees.

| Goodman Acker, P.C. | Law Office of Mark D. Willmarth |
|---|---|
| /s/ Bradley Peri | /s/ Mark D. Willmarth |
| By:_____ | By:_____ |
| BRADLEY PERI (P73146) | MARK D. WILLMARTH (P27967) |
| JORDAN B. ACKER (P74383) | Attorney for Defendant |
| Attorneys for Plaintiff | 503 S. Saginaw Street, Ste. 1000 |
| 17000 W. Ten Mile, 2nd Floor | Flint, MI  48502 |
| Southfield, MI  48075 | (810) 600-4239/fax: (810) 232-1079 |
| (248) 483-5000 | mwillmarthlaw@yahoo.com |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GRETCHEN DENNIS,

    Plaintiff,                           Case No: 15-14215
                                            Hon. Gershwin A. Drain
                                            Magistrate Judge Elizabeth A. Stafford

-vs-

TARGET CORPORATION,

    Defendant.

## ORDER FOR DISMISSAL OF CAUSE

THE COURT, upon the reading and filing of the foregoing stipulation, and being advised in the premises,

NOW THEREFORE, IT IS SO ORDERED.

This is a final order and closes the case.

                                            /s/Gershwin A Drain
                                            U.S. DISTRICT COURT JUDGE

January 26, 2017