UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Gretchen Dennis,

        Plaintiff(s),                      Case No.  15-14215

v.                                                Honorable  Gershwin A. Drain

Target Corporation,

        Defendant(s).
_____/

### ORDER RE: DISQUALIFICATION OF JUDGE

Pursuant to 28 U.S.C. § 455, I hereby DISQUALIFY myself from the above-styled case.

**IT IS ORDERED** that in accordance with E.D. Mich. LR 83.11(d), this case be reassigned by blind draw to another judge of this court.

Date: October 12, 2021

s/Gershwin A. Drain
Gershwin A. Drain
U.S. District Judge

---

Pursuant to this order, this case is reassigned to Judge Sean F. Cox. Case assignment credit will be given to the appropriate Judicial Officers.

### Certificate of Service

I hereby certify that on this date a copy of the foregoing Order was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

Date: October 12, 2021

s/N. Ahmed
Deputy Clerk