## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

GRETCHEN DENNIS,

          Plaintiff,

v.

TARGET CORPORATION,

          Defendant.

Case No. 2:15-cv-14215-SFC-EAS

Judge Sean F. Cox

| | |
|---|---|
| BRADLEY M. PERI (P73146)<br>GOODMAN ACKER, P.C.<br>17000 W. Ten Mile Road<br>2nd Floor<br>Southfield, MI 48075<br>248-483-5000<br>Fax: 248-483-3131<br>bperi@goodmanacker.com | KENNETH P. WILLIAMS (P55790)<br>SEGAL, MCCAMBRIDGE SINGER & MAHONEY<br>Attorneys for Defendant<br>29100 Northwestern Hwy., Suite 240<br>Southfield, MI 48034<br>(248) 994-0060 / (248) 994-0061 (fax)<br>kwilliams@smsm.com |

## **APPEARANCE**

NOW COMES KENNETH P. WILLIAMS of SEGAL MCCAMBRIDGE SINGER & MAHONEY, and hereby makes his Appearance on behalf of Defendant, TARGET CORPORATION, in the above-entitled cause of action.

          SEGAL McCAMBRIDGE SINGER & MAHONEY

          By: /s/ Kenneth P. Williams
          KENNETH P. WILLIAMS (P55790)
          Attorneys for Defendant
          29100 Northwestern Hwy., Suite 240
          Southfield, MI 48034

Dated:  November 11, 2021     248-994-0060